# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2010

Marilyn Kelly,
Chief Justice

140498

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                           SC: 140498
                                           COA: 277172

JERMEY JERMAINE LLOYD,
        Defendant-Appellee.
                                           Saginaw CC: 05-025881-FC

_____/

On order of the Court, the application for leave to appeal the December 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2010                                     _____
                                                  Clerk

p0526